UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61274-CIV-COHN/WHITE

CLEVELAND JONES,

    Plaintiff,

v.

MONICA DAVID, et al.,

    Defendants.

_____/

**SCANNED**

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 25], submitted by United States Magistrate Judge Patrick A. White, regarding an initial screening, pursuant to 28 U.S.C. § 1915, of Mr. Jones's civil rights complaint filed under 42 U.S.C. §1983. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, the Report and Recommendation, and is otherwise advised in the premises. The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of United States Magistrate Judge Patrick A. White [DE 25] is **ADOPTED**.

2. Plaintiff's First Amendment and Eighth Amendment claims against Defendant Porter are **DISMISSED** for failure to state a claim upon which relief may be granted.

3. Plaintiff's Fourth Amendment claim against Defendant Porter shall proceed beyond the initial screening.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 24th day of November, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Cleveland Jones, *pro se*
2658 Fletcher Court
Hollywood, FL  33020

Counsel of record

2