UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61274-CIV-COHN/WHITE

CLEVELAND JONES,

      Plaintiff,

v.

MONICA DAVID, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 39], submitted by United States Magistrate Judge Patrick A. White, regarding Cleveland Jones' civil rights Complaint filed under 42 U.S.C. §1983. The Report and Recommendation addresses the Motion for Summary Judgment by Tony Porter [DE 36]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including Plaintiff's Second Amended Complaint, the Report and Recommendation and Mr. Porter's Motion for Summary Judgment, and is otherwise advised in the premises. The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report of United States Magistrate Judge Patrick A. White [DE 39] is **ADOPTED**.

    2.    The Motion for Summary Judgment by Tony Porter [DE 36] is **GRANTED**.

3.  Plaintiff's Second Amended Complaint [DE 23] is **DISMISSED with prejudice**.

4.  Any pending motions are **DENIED as moot**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30TH day of October, 2009.

    *James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Cleveland Jones, *pro se*
2658 Fletcher Court
Hollywood, FL  33020

Counsel of record